**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-2792**

---

JAMES C. MARTIN,

Plaintiff - Appellant,

versus

THE PANTRY, INCORPORATED,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, District Judge. (CA-93-319-3-MU)

---

Submitted: January 30, 1996     Decided: February 26, 1996

---

Before HALL and WILKINS, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

James C. Martin, Appellant Pro Se. Randel Eugene Phillips, Karin Marie McGinnis, MOORE & VAN ALLEN, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order granting Defendant's motion for summary judgment on Appellant's Age Discrimination in Employment claim. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Martin v. Pantry Incorporated, No. CA-93-319-3-MU (W.D.N.C. Aug. 18, 1995). We deny Defendant's motion to strike and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED

2